RECEIVED
AUG 05 2021
PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 05 2021 ★
BROOKLYN OFFICE

17CR296
-03-PKL

"Motion to suppress"

Vicar-unconstitutional (lack of cause) while it is true that every federal Court has Acknowledge that Vicar itself is a "crime of violence", it also has a sole duty to determine the "cause of death" as defined by the "Sixth Amendment". Murder is defined as- the killing of a human being with malice aforethought. (Black law dictionary 4th Ed) But does not define the "cause of death"; in the murder definition which makes it unconstitutional (under the sixth Amendment to Stand alone in oder to determine Reasonable doubt in guilty verdict in oder for the prosecution to convince the jury that the accused has murdered another human being. It must provide to the jury in detail the "cause of death" therefore murder, cannot stand alone for the purpose of establish guilt under section 1959(A)(1). The sixth Amendment provide that; In all criminal prosecutions the accused shall be informed of the (Nature and cause) of the accusation. And to be confronted with the witnesses against him.

Nature is defined as; Arising from the usual course of events.

cause is defined as; something that beings about an affect or Result, (The cause of an injury must be proven in both tort and criminal cases)

the Reason for the government going to a grand jury for the purpose of indictment, it has to establish the Nature of the crime and the cause of the crime in order to establish probable cause the government will never succed an indictment with an accusation without the cause of the accusation. Even if the government has no proof of cause it must provide one in oder to acheive an indictment yes the government has the right to Blur-out that Vicar is a crime of violence and even provide a theory of its own throught, but can the government establish, what makes it a crime of violence, yes by providing cause. The government also has the right to say that Vicar is a space shuttle but does it has to provide what makes it a Spaceshuttle? of course it does because you cannot convince the average person that Red is blue or blue is yellow without providing the cause. Which is the Result of the effect.

Next page

IN NO Criminal cause can the prosecution establish the Nature of the accusation without the cause of the accusation. Therefore, in a criminal case like the one in front of you, where the defendant was accused of murder by discharge of firearm under title 18 uscs 924(c)(3) and 924(j) where the sixth Amendment in order to prosecute and convince the jury of how did the murder occured.

In title 18 uscs 1959 only provides the nature of the crime with no cause of death to establish Reasonable doubt which makes the statute unconstitutional under the sixth Amendment, for the purpose of coviction.

the statute does not provide Nature and cause.

the constitution demands for the government to produce both Nature and Cause. NOT to cherry pick which one helps establish a conviction. when the founders drafted the sixth Amendment they made sure that the word "and" was connection with both provisons (Nature and cause) in order to settle it's case.

The vicar statute standing alone is unconstitutional and me be dismissed from the cause of death without the 924(c)(3). the vicar statute only provides the Nature of the crime, which is the murder.

"Motion to Suppress"

The government, through defendants previous counsel has demonstrated, that even if the remaining counts attached to section 924(c) force clause were to be dismissed, the defendant would still be held liable under section 1959(A)(1) and 1959(A)(5) which according to the government theory, has it's own original language divored from the "crime of violence" in section 924(c)(3) and can be used to convicted for Racketeering purpose under the violent activity assumption Vicar. what the government, in this case has failed to establish is that Vicar standing alone has the neccesary elements to constitute a "crime of violence" absent section 924(c) force clause also know as the cause of death as describe in the "sixth Amendment" of the united states constitution. IN this case the defendant has been accused through government information that the defendant has violated the Vicar statute (section 1959) By conspiracy to commit murder (see section 1959(A)(1) and 1959(A)(5) which contains the same duplicate language in title 18 USCS 924(c) and 924(j) that the government has dismissed Due to its uncontitutional application in "crime of violence" the defendant further Raises the fact that the government has violated his (the defendant) fifth Amendment by imposing duplicity assertion into a single

act which provide for a penalty for any one who "conspires to commit murder" As described in section 1959(A)(1) and 1959(A)(5) combined which is equivilent to section 924(c) and 924(j) combined. The only difference in the statutes is that section 1959(A)(5) Accually carries the word "conspiracy" which has been Ruled unconstitutional by supreme courts, when interwind with a "crime of violence" under section 924(c)(3) and 924(c) was determind with section 1959 for the purpose of displaying the "Nature and Cause" to the grand jury because murder cannot be properly explained without the couse. IN a Real world situation when filing a complaint against another, the accuser must define what caused the effect. Therefore, Vicar standing alone is not a real world situation that can be explained without a weapon's charge. here the defendant weapons Charge has been dismissed by the government which no longer carries "murder through discharged" of such weapon in violation section 924(c) and 924(j). Any other statute involing the same murder would be considered vindictive prosecution due to duplicity of Charges against the defendant, in violation of fifth Amendment

with Respect to double Jeopardy.
the government dismissed counts two and six
but left count three and four which is unconstitution
as well under united states v. Davis.

Respectfully submitted
by michael Liburd
ml.
date 7-28-2021

Thank you

Michael Liburd 90068-053
Metropolitan, [redacted] Detention, Center
P.O. Box 329002
Bk, Ny 11232

NEW YORK NY 100
2 AUG 2021 PM 10 L

FOREVER USA

USMS

To Clerk of u.s. District court
Eastern district court of Ny
225 cadman plaza East
Brooklyn, Ny 11201

11201-183299

legal Mail

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232

The enclosed letter was processed through mail procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.