FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 09 2021 ★
BROOKLYN OFFICE

SP 8/9/21 T.V

"motion to Suppression hearing" 8-2-21

fifth Amendment

The fifth Amendment of the united States provide that;
- No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of A grand jury.

RECEIVED
AUG 09 2021
PRO SE OFFICE

Sixth Amendment violation

Sixth Amendment of united states provide that;
- IN all Criminal prosecutions, the Accused shall be informed of the (nature and cause) of the Accusation and to be confronted with the witnesses against him.

Words of importance;

1) infamous crime - A crime punishable by impersonment in a penitentiary - the fifth Amendment Requires a grand jury indictment for the prosecution of infamous (or capital) crime, which include all federal fellony offenses.

2) Indictment - The formal written Accusation of a crime, made by A grand jury and presented to a court for prosecution against the Accused person. See, fed. R. Crim. P. 7

3) Nature - Arising from the usual course of events.

4) cause - Something that produces an effect or Result.

ON 11-9-2017, The defendant, through an Accusation by the Eastern district New york (superseding indictment) on 9 counts in violation of title 18 uscs 924(c), 924(j), 1962(d), 1959(A)(1) 1959(A)(5), 1959(A)(5), 1503(a), 1512(b)(1), 1512(c).

ON 12-16-2020 the united states government scott Miller (AUSA) Expressed through A formal written document (signed, sealed, delivered) Regarding the dismissal of counts two and six (Title 18 uscs 924(c) and 924(j)) IN furtherance of it's unconstitutional application, in the wake of united states v. Davis, 139 S. ct 2319 (2019) which held that "conspiracy" does not reQuire the use of force such that it meets the definition of "crime of violence" under the force clause, It further held that the Residual clause was also deemed to be held unconstitutional. see, united states v. jones 789 fed. Appx. 692 (2020) (where the defendant) Brian jones Argued that his conviction of Hobbs act Robbery conspiracy is not a crime of violence under 18 title 924(c) because it does not reQuire the use of force such that it meets the defenition of "crime of violence" under the Elements clause of section 924(c)(3)(A), He further Argues that section 924(c)(3)(B), the definition's Residual clause, is unconstitutional) the courts Agreed based on recent presedent from the supreme court in Davis, And following the supreme court decision in Davis it concluded that Hobbs AcT robbery conspiracy does not Qualify as a section 924(c) crime of violence, therefore the conviction under 18 uses 924(c)(1)(A)(ii) must be vacated

Going back to, And Elaborating on the Courts decision in jones, 798 fed. Appx. 692 (2020). When the court held that "Jones Conviction under 18uscs 924(c)(1)(A)(ii) must be vacated" the court did not state that; the conviction "of" 924(c)(1)(A)(ii) must be vacated, it Stated that; the conviction "under" 924(c)(1)(A)(ii) must be vacated. The word "under" is used as an "Attachment" which is defined as: (To join or make a part of or; To have an interest in) creating a vehical to carry the weight of such understanding when using words to make Broad decisions, like the one above, which is Clear and convincing when defining it true context. moreover, the defendant further Asserts That, when the government made the unanimous decision to dismiss counts 2 and 6 (924(c) and 924(j)) it further failed to apply the full unconstitutional provisions provided in the Supreme court decision in Davis, which concluded that the Residual clause was also invalid and cannot be Applied to a "Conspiracy to commit "Any "Crime of violence" under Section 924(c). Therefore the government had a sole duty to also dismiss Counts 2, 3, 4, 6 which are "under" Section 924(c) and 924(j). The defendant claims that the government has violated the provisions (Nature and Cause) under the Sixth Amendment by failing to inform the defendant of the Cause (Cause of death) Regarding the Nature of the crime (murder), which the constitution prohibits the Application of When one of the Elements Remain under Question, (What cause the death?) because it would be impossible to commit murder without Force in this case. furthermore, it would be →

(Impossible to introduce to A jury that A murder has occured but that the defendant has not been informed of the (cause of death.) therefore, counts 1, 3 4 5 must be dismissed in whole due to the conspiracy language interwind with "crime of violence" As explained in united states v. Davis, 139 S ct 2319 (2019).

Respectfully Submitted

Michael Liburd

M.L.

date - 8-2-21

Thank you

Michael Liburd 90068-053
Metropolitan, Detention, center
P.O. Box 329002
Bk, Ny 11232

NEW YORK NY 100
3 AUG 2021 PM 6 L

FOREVER / USA

USMS

To; Clerk of U.S. District Court
Eastern district of New york
225 Cadman plaza East
Brooklyn, Ny 11201

11201-183299

Legal mail